# EXHIBIT A

Exhibit A
90 Day Disbursements
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 09/15/17 | 10/23/17 | 62239 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT SEP 18 DAYS | $ 150.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 09/15/17 | 10/23/17 | 62238 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - RETURN | 25,000.00 |
| | | | | | | | $ 25,150.00 |

# EXHIBIT B

Exhibit B
Net Winner Disbursements
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---:|
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 06/29/15 | 07/14/15 | 14932 | MARCELLA P BEST | MTG3 N PALM DR, CA - INT JUN PARTIAL | $ 58.33 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 08/17/15 | 09/01/15 | 17324 | MARCELLA P BEST | MTG3 N PALM DR, CA - INT AUG | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 09/21/15 | 09/29/15 | 19039 | MARCELLA P BEST | MTG3 N PALM DR, CA - INT SEP | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 10/19/15 | 11/03/15 | 20894 | MARCELLA P BEST | MTG3 N PALM DR, CA - INT OCT | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 11/16/15 | 12/07/15 | 22863 | MARCELLA P BEST | MTG3 N PALM DR, CA - INT NOV | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 12/14/15 | 01/11/16 | 24950 | MARCELLA P BEST | MTG3 N PALM DR, CA - INT DEC | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 01/29/16 | 01/29/16 | DD012916 | MARCELLA P BEST | MTG3 N PALM DR, CA - INT JAN | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 02/29/16 | 02/29/16 | DD022916 | MARCELLA P BEST | MTG3 N PALM DR, CA - INT FEB | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 03/31/16 | 03/31/16 | DD033116 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT MAR | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 04/29/16 | 04/29/16 | DD042916 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT APR | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 05/31/16 | 05/31/16 | DD053116 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT MAY | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 06/30/16 | 06/30/16 | DD063016 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT JUN | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 07/29/16 | 07/29/16 | DD072916 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT JUL | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 08/31/16 | 08/31/16 | DD083116 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT AUG | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 09/30/16 | 09/30/16 | DD093016 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT SEP | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 10/31/16 | 10/31/16 | 545 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT OCT | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 11/30/16 | 11/30/16 | 524 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT NOV | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 12/30/16 | 12/30/16 | 535 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT DEC | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 01/31/17 | 01/31/17 | 560 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT JAN | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 02/28/17 | 02/28/17 | 588 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT FEB | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 03/31/17 | 03/30/17 | 583 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT MAR | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 04/28/17 | 04/27/17 | 588 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT APR | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 05/31/17 | 05/31/17 | DD | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT MAY | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 06/30/17 | 06/30/17 | DD | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT JUN | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 07/31/17 | 07/31/17 | DD | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT JUL | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 08/31/17 | 08/31/17 | DD | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT AUG | 250.00 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 09/15/17 | 10/23/17 | 62239 | MARCELLA P BEST | MTG3 MZ N PALM DR, CA - INT SEP 18 DAYS | 150.00 |
| | | | | | | | $ 6,458.33 |