17-12560 BS

John Daniel Begley
606 Flamingo Drive
West Palm Beach, FL 33401

FILED
2019 DEC 19 AM 8:53
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 4, 2019

United States Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801
AND
Pachulski Stang Ziehl & Jones LLP
Andrew W. Caine
Bradford J. Sandler
Colin R. Robinson
919 North Market Street, 17th floor
Wilmington, DE 19899-8705 (Courier 19801)
Phone: 302-652-4100

RE: Answer to Complaint for Avoidance and Recovery of Preferential and Fraudulent Transfers Pursuant to 11 U.S.C. SS 544,547,548 & 550 -Woodbridge Group of Companies, LLC, et al., Remaining Debtors, Michael Goldberg, as Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC et al., Plaintiff v, John J. Begley, Defendant

Dear U.S. Bankruptcy Court and Pachulski Stang Ziehl & Jones LLP,

Responsive Answers:

Denied first claim for relief for: Avoidance of Preferential Transfers

Denied second claim for relief for: Recovery of Property

Denied third claim for relief for: To Avoid Intentionally Fraudulent Transfer under 11 U.S.C. ss 544(b) and 548 (a)(1)(A) and Cal. Civ. Code ss 3439 et seq.

Denied fourth claim for relief for Recovery of Property-11 U.S.C. ss 544(b) and 550 and Cal. Civ. Code ss 3439 et seq.

Defenses:
To all above claims of relief are the following defenses.

1. 11 U.S.C. ss 547 (c)(2)(A)(B) i.e. Funds withdrawal as Normal course of business. This subject investment matured and was collected by defendant to pay medical bills and living expenses. Defendant was on his death bed at the time of the withdrawal.
2. John J. Begley died on December 12, 2017 in Orangevale, CA and had been bed ridden prior to his death living in an assisted living facility at 7125 Main Ave, Orangevale, CA. (exhibit 1)
3. Cancellation of Note, Release of Assignment, and Release of Collateral Assignment of Note, mortgage and other loan documents were signed and express mailed on July 26, 2017 and then again on August 19, 2017 (due to a scribers error of Woodbridge representative). Both times these documents signed well before the 90 days prior to BK filing on 12/4/17. (exhibit 2).

4. The Note had matured by August 8th, 2017 so the investment was due John J. Begley at that time and receiving funds just required paperwork that took a few weeks to execute correctly.
5. I don't believe this was a Ponzi scheme since actual properties were bought with investors' money.
6. John J. Begley can only be sued for any profit made in the investment if the attorneys representing the bankruptcy can prove it was truly a Ponzi scheme and John is being sued for the principal investment plus the profit or interest he received.

I am the son of John J. Begley.

Sincerely,

John Daniel Begley
Danielbegley@gmail.com
561-307-3458

STATE OF CALIFORNIA

CERTIFICATION OF VITAL RECORD

# COUNTY OF SACRAMENTO

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

Exhibit 1

3052017258286
STATE FILE NUMBER

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

3201734011810
LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| Field | Entry |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | JOHN |
| 2. MIDDLE | JOSEPH |
| 3. LAST (Family) | BEGLEY |
| AKA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | - - - |
| 4. DATE OF BIRTH mm/dd/ccyy | 10/22 |
| 5. AGE Yrs. | 84 |
| IF UNDER ONE YEAR (Months / Days) | |
| IF UNDER 24 HOURS (Hours / Minutes) | |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | NY |
| 10. SOCIAL SECURITY NUMBER | |
| 11. EVER IN U.S. ARMED FORCES? | [X] YES [ ] NO [ ] UNK |
| 12. MARITAL STATUS/SRDP (at Time of Death) | WIDOWED |
| 7. DATE OF DEATH mm/dd/ccyy | 12/12/2017 |
| 8. HOUR (24 Hours) | 0439 |
| 13. EDUCATION – Highest Level/Degree (see worksheet on back) | BACHELOR |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) | [ ] YES [X] NO |
| 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) | CAUCASIAN |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | HEAD HUNTER |
| 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | SOFTWARE |
| 19. YEARS IN OCCUPATION | 40 |

**USUAL RESIDENCE**

| Field | Entry |
|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 2820 LEEDS COURT |
| 21. CITY | AUBURN |
| 22. COUNTY/PROVINCE | PLACER |
| 23. ZIP CODE | 95603 |
| 24. YEARS IN COUNTY | 24 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Entry |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | DANIEL BEGLEY, SON |
| 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) | 606 FLAMINGO DRIVE, WEST PALM BEACH, FL 33401 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Entry |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF FATHER/PARENT – FIRST | JOHN |
| 32. MIDDLE | JOSEPH |
| 33. LAST | BEGLEY SR. |
| 34. BIRTH STATE | IRELAND |
| 35. NAME OF MOTHER/PARENT – FIRST | VIRGINIA |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | BORYSLAWSKI |
| 38. BIRTH STATE | NY |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| Field | Entry |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 12/28/2017 |
| 40. PLACE OF FINAL DISPOSITION | NEW AUBURN CEMETERY 1040 COLLINS DRIVE, AUBURN, CA 95603 |
| 41. TYPE OF DISPOSITION(S) | CR/BU |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | |
| 44. NAME OF FUNERAL ESTABLISHMENT | CHAPEL OF THE HILLS |
| 45. LICENSE NUMBER | FD372 |
| 46. SIGNATURE OF LOCAL REGISTRAR | OLIVIA KASIRYE, MD |
| 47. DATE mm/dd/ccyy | 12/28/2017 |

**PLACE OF DEATH**

| Field | Entry |
|---|---|
| 101. PLACE OF DEATH | CHATEAU CLAIRE |
| 102. IF HOSPITAL, SPECIFY ONE | [ ] IP [ ] ER/OP [ ] DOA |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | [ ] Hospice [X] Nursing Home/LTC [ ] Decedent's Home [ ] Other |
| 104. COUNTY | SACRAMENTO |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 7125 MAIN AVENUE |
| 106. CITY | ORANGEVALE |

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events -- diseases, injuries, or complications -- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Time Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | FAILURE TO THRIVE | (AT) MONTH |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | ISCHEMIC CEREBROVASCULAR ACCIDENT | (BT) MONTH |
| (C) | - | (CT) - |
| (D) | - | (DT) - |

| Field | Entry |
|---|---|
| 108. DEATH REPORTED TO CORONER? | [X] YES [ ] NO — REFERRAL NUMBER 17-06495 |
| 109. BIOPSY PERFORMED? | [ ] YES [X] NO |
| 110. AUTOPSY PERFORMED? | [ ] YES [X] NO |
| 111. USED IN DETERMINING CAUSE? | [ ] YES [X] NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | DEPRESSION, CORONARY ARTERY DISEASE |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | [ ] YES [ ] NO [ ] UNK |

**PHYSICIAN'S CERTIFICATION**

| Field | Entry |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. (A) Decedent Attended Since mm/dd/ccyy | 04/25/2017 |
| (B) Decedent Last Seen Alive mm/dd/ccyy | 06/25/2017 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | DAN THOMAS MERCK M.D. |
| 116. LICENSE NUMBER | A62952 |
| 117. DATE mm/dd/ccyy | 12/27/2017 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | DAN THOMAS MERCK M.D. 3200 BELL RD, AUBURN, CA 95603 |

**CORONER'S USE ONLY**

| Field | Entry |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined |
| 120. INJURED AT WORK? | [ ] YES [ ] NO [ ] UNK |
| 121. INJURY DATE mm/dd/ccyy | |
| 122. HOUR (24 Hours) | |
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | |
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | |
| 127. DATE mm/dd/ccyy | |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | |

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*010001003742782*

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health and Human Services.

*0017023 33*

DATE ISSUED **January 2, 2018**

Olivia Kasirye MD
OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

PBNCO (REV) 09/16

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Exhibit 2

Prepared by, and after recording, return to:

Robert Reed, Esq.
WOODBRIDGE MORTGAGE
INVESTMENT FUND 3, LLC
54 Hartford Turnpike
Tolland, Connecticut 06084

Property Address:
**2600 Hutton Drive**
**Beverly Hills, California 90210**

**This space for Recorder's use**

**RELEASE OF COLLATERAL ASSIGNMENT OF NOTE, MORTGAGE, AND OTHER LOAN DOCUMENTS**

KNOW ALL MEN BY THESE PRESENTS, that **JOHN J. BEGLEY**, an individual having an address of 3250 Blue Oaks Drive #114, Auburn, California 95602, his successors and assigns (the "Collateral Assignee") is the owner and holder of that certain COLLATERAL ASSIGNMENT OF NOTE, MORTGAGE, AND OTHER LOAN DOCUMENTS, (the "Collateral Assignment"), effective as of May 29, 2015 made and given by **WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC**, a Delaware limited liability company having an address of 14225 Ventura Boulevard, Suite 100, Sherman Oaks, California 91423 (the "Collateral Assignor") in favor of Collateral Assignee, recorded in the Official Records in the County Recorder's office of Los Angeles County, California on July 26, 2016 as Instrument No. 20160875175, with respect to

1. That certain Deed of Trust, Security Agreement, and Fixture Filing with Assignment of Rents and Agreements dated May 29, 2015, entered into by Goosebrook Investments, LLC, as the Trustor, naming Fidelity National Title Company, as California corporation, as the Trustee recorded May 29, 2015 as Instrument No. 20150624886 of the Official Records in the County Recorder's office of Los Angeles County, California.

2. That certain Promissory Note in the original principal amount of Two Million Eight Hundred Thousand and 00/100 Dollars ($2,800,000.00), dated May 29, 2015, made by Goosebrook Investments, LLC and payable to the order of Woodbridge Mortgage Investment Fund 3, LLC.

NOW, in consideration of the sum of Ten and 00/100 Dollars ($10.00) and other good and valuable consideration, the adequacy and receipt of which is hereby acknowledged, the Collateral Assignee does hereby grant and release unto the Collateral Assignor, its successors and assigns, any lien or interest that the Collateral Assignee may have under the Collateral Assignment in and to (i) the Note, Mortgage, and Other Loan Documents described therein and (ii) the premises described in **SCHEDULE A** hereto; and does hereby release the Collateral Assignment.

IN WITNESS WHEREOF, the undersigned have caused this Release of Collateral Assignment of Note, Mortgage, and Other Loan Documents to be executed on this 26th day of July, 2017.

COLLATERAL ASSIGNEE:

John J Begley by John D Begley P.O.A.
JOHN J. BEGLEY

COLLATERAL ASSIGNOR:

**WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC**

By: ______________________
Robert Reed
Its Authorized Representative

Property ID : Hutton Drive - Beverly Hills, CA
Principal : $25,000.00
Int. Rate : 5.00%

# CANCELLATION OF PROMISSORY NOTE AND LOAN AGREEMENT

This Cancellation of Promissory Note and Loan Agreement (this "Agreement") is entered into as of this 12th day of July, 2017, by and among **WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC**, a Delaware limited liability company having an address of 14225 Ventura Boulevard, Suite 100, Sherman Oaks, California, its successors and assigns (herein, "Borrower"), and **JOHN J. BEGLEY**, an individual having an address of 3250 Blue Oaks Drive #114, Auburn, California 95602 (herein, "Lender").

## RECITALS

WHEREAS, Borrower executed that certain Promissory Note dated June 7, 2016, in the original principal amount of Twenty-Five Thousand and 00/100 Dollars ($25,000.00) payable to the order of Lender (the "Note");

WHEREAS, in connection with the execution of the Note, Borrower and Lender entered into that certain Loan Agreement dated June 7, 2016;

WHEREAS, Borrower has fully paid, performed, and satisfied its obligation under the Note and the Loan Agreement;

WHEREAS, the parties hereto agree that there are no obligations outstanding among the parties whatsoever relating to the Note and the Loan Agreement; and

NOW, THEREFORE, based on the foregoing under the conditions stated below, the parties hereto desire to cancel the Note and to cancel the Loan Agreement.

## AGREEMENT

The Note and the Loan Agreement are hereby terminated and canceled and are of no further force and effect. Lender hereby agrees promptly to return the original Note to Borrower.

**IN WITNESS WHEREOF**, the undersigned have executed this Agreement as of the date first written above.

LENDER:

John J Begley by John D Begley P.O.A.

JOHN J. BEGLEY

BORROWER:

**WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC**

By: ____________________

Robert Reed
Its Authorized Representative

**RELEASE OF ASSIGNMENT AND COLLATERAL ASSIGNMENT**

**(RELATING TO PROPERTY LOCATED AT 2600 HUTTON DRIVE, BEVERLY HILLS, CALIFORNIA 90210)**

**KNOW ALL MEN BY THESE PRESENTS**, that **JOHN J. BEGLEY**, an individual having an address of 3250 Blue Oaks Drive #114, Auburn, California 95602, his successors and assigns (the "Lender") **DOES HEREBY CERTIFY** that the indebtedness and all obligations evidenced by the following identified Promissory Note, Assignment of Promissory Note and Mortgage, and Collateral Assignment of Note, Mortgage and Other Loan Documents, have been fully paid, performed, satisfied, and does hereby consent and direct that the same be released and forever discharged:

1. That certain Promissory Note dated June 7, 2016, in the original principal amount of Twenty-Five Thousand and 00/100 Dollars ($25,000.00) made by WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC, a Delaware limited liability company having an address of 14225 Ventura Boulevard, Suite 100, Sherman Oaks, California ("Woodbridge"), payable to the order of Lender;

2. That certain Assignment of Promissory Note and Mortgage effective as of May 29, 2015, by Woodbridge in favor of Lender (the "Assignment"); and

3. That certain Collateral Assignment of Note, Mortgage and Other Loan Documents effective as of May 29, 2015, by Woodbridge in favor of Lender, with respect to:

   a. That certain Deed of Trust, Security Agreement, and Fixture Filing with Assignment of Rents and Agreements by Goosebrook Investments, LLC, dated May 29, 2015, in favor of Woodbridge Mortgage Investment Fund 3, LLC, encumbering certain real and personal property described therein.

   b. That certain Promissory Note in the original principal amount of Two Million Eight Hundred Thousand and 00/100 Dollars ($2,800,000.00), dated May 29, 2015, made by Goosebrook Investments, LLC and payable to the order of Woodbridge Mortgage Investment Fund 3, LLC.

**IN WITNESS WHEREOF**, the undersigned have caused this instrument to be executed as of this 26 day of July, 2017

John J. Begley by John D. Begley P.O.A.

JOHN J. BEGLEY

**Dan Begley**

**From:** Dan Begley <danielbegley@gmail.com>
**Sent:** Wednesday, August 23, 2017 8:34 PM
**To:** 'Davina K'
**Subject:** RE: Woodbridge Documents

I will mail tomorrow. Third time is a charm... :)

Thank You,
Dan Begley
Realtor @ Luxury Estates Realty
Cell 561-307-3458

**From:** Davina K [mailto:davina@cswta.net]
**Sent:** Wednesday, August 23, 2017 7:25 PM
**To:** Dan Begley <danielbegley@gmail.com>
**Subject:** Re: Woodbridge Documents

Here are the correct documents, I apologize once again.
Please also note the attached "Change of Address" form as well. Please fill it out and send back to me for processing.

Thank you

On Sat, Aug 19, 2017 at 6:51 AM, Dan Begley <danielbegley@gmail.com> wrote:

Hi Davina,

I mailed it today. Let me know when you receive it and how long the process will take to receive funds.

Thank You,

Dan Begley

Realtor @ Luxury Estates Realty

Cell 561-307-3458

**From:** Davina K [mailto:davina@cswta.net]
**Sent:** Tuesday, August 15, 2017 2:54 PM
**To:** danielbegley@gmail.com
**Subject:** Woodbridge Documents

Hi Dan,

Attached please find the release loan package on behalf of *John J. Begley* in the *Hutton Drive - Beverly Hills, CA* property. Please have him sign as instructed below:

- Cancellation of Note – Please sign above his printed name
- Release of Assignment– Please sign above his printed name
- Release of Collateral Assignment of Note, mortgage and other loan documents – Please sign above his printed name on page 1 and have his signature notarized. The notary will fill in his information in the first block on

p

age 2

--

**Davina Parra**

Director of Operations

**Cornerstone Wealth & Tax Advisory Group Inc.**

***1024 Iron Point Rd, 100, Folsom, CA 95630***

***980 9th Street , 16th Floor, Sacramento, CA 95814***

**9245 Laguna Springs dr, 200, Elk Grove, CA 95758**

**1540 Eureka Rd Ste, 101, Roseville, CA 95661**

(O) 916-509-7132 (C)916-591-4390 (F) 916-773-9997

---

CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it.

Virus-free. www.avg.com

--

**Davina Parra**
Director of Operations
**Cornerstone Wealth & Tax Advisory Group Inc.**
***1024 Iron Point Rd, 100, Folsom, CA 95630***
***980 9th Street , 16th Floor, Sacramento, CA 95814***
**9245 Laguna Springs dr, 200, Elk Grove, CA 95758**
**1540 Eureka Rd Ste, 101, Roseville, CA 95661**

(O) 916-509-7132 (C)916-591-4390 (F) 916-773-9997

---

CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it.

**Dan Begley**

**From:** Davina K <davina@cswta.net>
**Sent:** Wednesday, August 23, 2017 7:25 PM
**To:** Dan Begley
**Subject:** Re: Woodbridge Documents
**Attachments:** Change of address form 2016-2.pdf; Cancellation of Note - Begley - 25k - Hutton Drive - Beverly Hills, CA.PDF; Release of CA - Begley - 25k - Hutton Drive - Beverly Hills, CA-4.PDF; Release of Assignment - Begley - 25k - Hutton Drive - Beverly Hills, CA.PDF

Here are the correct documents, I apologize once again.
Please also note the attached "Change of Address" form as well. Please fill it out and send back to me for processing.

Thank you

On Sat, Aug 19, 2017 at 6:51 AM, Dan Begley <danielbegley@gmail.com> wrote:

Hi Davina,

I mailed it today. Let me know when you receive it and how long the process will take to receive funds.

Thank You,

Dan Begley

Realtor @ Luxury Estates Realty

Cell 561-307-3458

**From:** Davina K [mailto:davina@cswta.net]
**Sent:** Tuesday, August 15, 2017 2:54 PM
**To:** danielbegley@gmail.com
**Subject:** Woodbridge Documents

Hi Dan,

Attached please find the release loan package on behalf of *John J. Begley* in the *Hutton Drive - Beverly Hills, CA* property. Please have him sign as instructed below:

- Cancellation of Note – Please sign above his printed name
- Release of Assignment– Please sign above his printed name
- Release of Collateral Assignment of Note, mortgage and other loan documents – Please sign above his printed name on page 1 and have his signature notarized. The notary will fill in his information in the **first block** on

p

age 2

--


**Davina Parra**

Director of Operations

**Cornerstone Wealth & Tax Advisory Group Inc.**

***1024 Iron Point Rd, 100, Folsom, CA 95630***

***980 9th Street , 16th Floor, Sacramento, CA 95814***

**9245 Laguna Springs dr, 200, Elk Grove, CA 95758**

**1540 Eureka Rd Ste, 101, Roseville, CA 95661**

(O) 916-509-7132 (C)916-591-4390 (F) 916-773-9997


---

CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended

recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it.

Virus-free. www.avg.com

--

**Davina Parra**
Director of Operations
**Cornerstone Wealth & Tax Advisory Group Inc.**
***1024 Iron Point Rd, 100, Folsom, CA 95630***
***980 9th Street , 16th Floor, Sacramento, CA 95814***
**9245 Laguna Springs dr, 200, Elk Grove, CA 95758**
**1540 Eureka Rd Ste, 101, Roseville, CA 95661**

(O) 916-509-7132 (C)916-591-4390 (F) 916-773-9997

---

CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it.

**Dan Begley**

**From:** Dan Begley <danielbegley@gmail.com>
**Sent:** Saturday, August 19, 2017 9:52 AM
**To:** 'Davina K'
**Cc:** 'Dan Begley'
**Subject:** RE: Woodbridge Documents

Hi Davina,
I mailed it today. Let me know when you receive it and how long the process will take to receive funds.

Thank You,
Dan Begley
Realtor @ Luxury Estates Realty
Cell 561-307-3458

**From:** Davina K [mailto:davina@cswta.net]
**Sent:** Tuesday, August 15, 2017 2:54 PM
**To:** danielbegley@gmail.com
**Subject:** Woodbridge Documents

Hi Dan,

Attached please find the release loan package on behalf of *John J. Begley* in the *Hutton Drive - Beverly Hills, CA* property. Please have him sign as instructed below:

- Cancellation of Note – Please sign above his printed name
- Release of Assignment– Please sign above his printed name
- Release of Collateral Assignment of Note, mortgage and other loan documents – Please sign above his printed name on page 1 and have his signature notarized. The notary will fill in his information in the first block on

p
age 2

--

**Davina Parra**
Director of Operations
**Cornerstone Wealth & Tax Advisory Group Inc.**
***1024 Iron Point Rd, 100, Folsom, CA 95630***
***980 9th Street , 16th Floor, Sacramento, CA 95814***
**9245 Laguna Springs dr, 200, Elk Grove, CA 95758**
**1540 Eureka Rd Ste, 101, Roseville, CA 95661**

(O) 916-509-7132 (C)916-591-4390 (F) 916-773-999-

---

CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it.

Virus-free. www.avg.com

**Dan Begley**

**From:** Davina K <davina@cswta.net>
**Sent:** Tuesday, August 8, 2017 4:46 PM
**To:** danielbegley@gmail.com
**Cc:** Andrew Kagan
**Subject:** John J. Begley POA
**Attachments:** BEGLEY LETTER OF ACCEPTANCE.docx

Hello Dan,

Woodbridge Wealth is requiring a signed letter of acceptance to obtain the POA with their company. I have the letter attached if you could please sign it and send it back to me. If you have any questions please call my office at (916) 509-7132.

Thank you,

--

**Davina Parra**
Director of Operations
**Cornerstone Wealth & Tax Advisory Group Inc.**
***1024 Iron Point Rd, 100, Folsom, CA 95630***
***980 9th Street , 16th Floor, Sacramento, CA 95814***
**9245 Laguna Springs dr, 200, Elk Grove, CA 95758**
**1540 Eureka Rd Ste, 101, Roseville, CA 95661**

(O) 916-509-7132 (C)916-591-4390 (F) 916-773-9997

---

CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it.

**Dan Begley**

**From:** Dan Begley <danielbegley@gmail.com>
**Sent:** Tuesday, August 8, 2017 10:59 PM
**To:** 'Davina K'
**Cc:** 'Dan Begley'
**Subject:** RE: John J. Begley POA
**Attachments:** Scan0037.pdf

Hi Davina,
See attached letter.

Thank You,
Dan Begley
Realtor @ Luxury Estates Realty
Cell 561-307-3458

**From:** Davina K [mailto:davina@cswta.net]
**Sent:** Tuesday, August 8, 2017 4:46 PM
**To:** danielbegley@gmail.com
**Cc:** Andrew Kagan <andrew@cswta.net>
**Subject:** John J. Begley POA

Hello Dan,

Woodbridge Wealth is requiring a signed letter of acceptance to obtain the POA with their company. I have the letter attached if you could please sign it and send it back to me. If you have any questions please call my office at (916) 509-7132.

Thank you,

--

**Davina Parra**
Director of Operations
**Cornerstone Wealth & Tax Advisory Group Inc.**
***1024 Iron Point Rd, 100, Folsom, CA 95630***
***980 9th Street , 16th Floor, Sacramento, CA 95814***
**9245 Laguna Springs dr, 200, Elk Grove, CA 95758**
**1540 Eureka Rd Ste, 101, Roseville, CA 95661**

(O) 916-509-7132 (C)916-591-4390 (F) 916-773-999[illegible]

CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it.

Virus-free. www.avg.com

August 8, 2017

Re: John J. Begley

This letter is to acknowledge my acceptance of the POA appointment for John J. Begley. I accept the duties appointed by the General Durable Power of Attorney of John J. Begley, dated August 14, 2015. My father John J. Begley has Dementia and I am handling all his affairs and finances, causing me to be the sole POA.

Sincerely,

John D. Begley
POA for John J. Begley
606 Flamingo Drive
West Palm Beach, FL 33401