**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | : | Case No 17-12560 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that James E. Huggett, Esq. of the DE law firm Margolis Edelstein hereby WITHDRAWS from this case and requests that the Clerk **remove him (jhuggett@margolisedelstein.com) from receiving CM/ECF Filings** therein.

Dated: December 11, 2025
Wilmington, Delaware

Respectfully submitted,
**MARGOLIS EDELSTEIN**

**BY: *<u>/s/ James E. Huggett_____</u>***

James E. Huggett (3956)
MARGOLIS EDELSTEIN
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
TEL: (302) 888.1112
FAX: (302) 888.1119
jhuggett@margolisedelstein.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | : | Case No 17-12560 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**

I, James E. Huggett, Esquire, hereby certify that on December 11, 2025, I served a copy of the *Notice of Withdrawal of Appearance* to all parties via CM/ECF.

/s/James E. Huggett
James E. Huggett (#3956)